UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| SOFTBUYERS, INC | § | |
| | § | Case Number: 15-82476 |
| | § | |
| Debtor. | § | JUDGE THOMAS M. LYNCH |

## CERTIFICATE OF SERVICE

The undersigned certifies that on __April 6__, 2017, she served upon all persons to whom it is directed via electronic communication as indicated below and by United States Mail as indicated on the attached service list, a copy of the Notice of Trustee's Final Report.

Attorney Colleen Thomas
30 North Western Avenue
Carpentersville, IL 60110

Patrick Layng
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715

/s/ Marti Maravich

Joseph D. Olsen, Trustee
Yalden, Olsen & Willette
1318 East State Street
Rockford, IL 61104-2228
815-965-8635
815-965-4573 (facsimile)
jolsenlaw@comcast.net

Softbuyers, Inc.
1805 Dundalk Lane
McHenry, IL 60050-7300

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

Chase
P.O. Box 6026
Chicago, IL 60680-6026

Chase Card Services
P.O. Box 15298
Wilmington, DE 19850-5298

Microsoft Corporation
C/O Davis Wright Tremaine LLP
1201 Third Avenue
Seattle, WA 98101-3045

PayPal Credit
P.O. Box 45950
Omaha, NE 68145-0950

R. Patrick Sutton
1805 Dundalk Lane
McHenry, IL 60050-7300

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Lauren Dorsett
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045