# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| In re: SOFTBUYERS, INC. | § Case No. 15-82476 |
| | § |
| | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $3.00                      Assets Exempt:  $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $25,492.26          Claims Discharged
                                                      Without Payment: $344,980.56

Total Expenses of Administration: $9,507.74

3)  Total gross receipts of $      35,000.00     (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $       0.00      (see **Exhibit 2** ), yielded net receipts of  $35,000.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 5,236.00 | 9,507.74 | 9,507.74 | 9,507.74 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 370,472.82 | 370,472.82 | 25,492.26 |
| **TOTAL DISBURSEMENTS** | $5,236.00 | $379,980.56 | $379,980.56 | $35,000.00 |

4)  This case was originally filed under Chapter 7 on October 01, 2015. The case was pending for 22 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/17/2017_____    By: _/s/JOSEPH D. OLSEN_____

Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Avoidable Transfer | 1221-000 | 35,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$35,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JOSEPH D. OLSEN | 2100-000 | N/A | 4,250.00 | 4,250.00 | 4,250.00 |
| Trustee Expenses - JOSEPH D. OLSEN | 2200-000 | N/A | 21.74 | 21.74 | 21.74 |
| Attorney for Trustee Fees (Trustee Firm) - Attorney Joseph D Olsen | 3110-000 | N/A | 5,236.00 | 5,236.00 | 5,236.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$9,507.74** | **$9,507.74** | **$9,507.74** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 24,472.82 | 24,472.82 | 1,683.98 |
| 2 -2 | Microsoft Corporation | 7100-000 | N/A | 346,000.00 | 346,000.00 | 23,808.28 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $370,472.82 | $370,472.82 | $25,492.26 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| | | |
|---|---|---|
| **Case Number:** 15-82476 | **Trustee:** (330400) JOSEPH D. OLSEN | |
| **Case Name:** SOFTBUYERS, INC. | **Filed (f) or Converted (c):** 10/01/15 (f) | |
| | **§341(a) Meeting Date:** 11/05/15 | |
| **Period Ending:** 07/17/17 | **Claims Bar Date:** 04/08/16 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 Chase Business Checking account no. ending 8018 | 0.00 | 0.00 | | 0.00 | FA |
| 2 Business High Yield Savings account no. ending 5 | 1.00 | 0.00 | | 0.00 | FA |
| 3 Chase Business High Yield Savings account no. en | 0.00 | 0.00 | | 0.00 | FA |
| 4 Business High Yield Savings account no. ending 8 | 1.00 | 0.00 | | 0.00 | FA |
| 5 Savings account no. ending 9769 in name of now c | 1.00 | 0.00 | | 0.00 | FA |
| 6 Avoidable Transfer (u) | 0.00 | 44,000.00 | | 35,000.00 | FA |
| **6 Assets Totals** (Excluding unknown values) | **$3.00** | **$44,000.00** | | **$35,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee is involved with a companion case filed by the individual owner of Softbuyers, Inc, a Robert Sutton, wherein an adversary complaint has been filed by the Trustee of that case (16-96024) and wherein the undersigned as Trustee of the Softbuyer case is named as a party Defendant seeking to recover some preferential/fraudulent transfers. There is talk of a compromise in that case that would result in an approximately $35,000.00 payout to this bankruptcy estate. The Trustee envisions this being accomplished in the first half of 2017. If the various offers in compromise are approved and the funds are actually distributed the final report would be on file by June of 2017 if not it maybe pretty far after that date.

**Initial Projected Date Of Final Report (TFR):** December 31, 2017     **Current Projected Date Of Final Report (TFR):** April 6, 2017 (Actual)

Printed: 07/17/2017 01:58 PM    V.13.30

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 15-82476 | |
| Case Name: | SOFTBUYERS, INC. | |
| Taxpayer ID #: | **-***6848 | |
| Period Ending: | 07/17/17 | |

| | |
|---|---|
| Trustee: | JOSEPH D. OLSEN (330400) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******7366 - Checking Account |
| Blanket Bond: | $1,500,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/30/17 | {6} | Attorney Colleen Thomas - Trust Fund | per offer in compromise | 1221-000 | 35,000.00 | | 35,000.00 |
| 05/08/17 | 101 | JOSEPH D. OLSEN | | 2100-000 | | 4,250.00 | 30,750.00 |
| 05/08/17 | 102 | JOSEPH D. OLSEN | | 2200-000 | | 21.74 | 30,728.26 |
| 05/08/17 | 103 | Attorney Joseph D Olsen | | 3110-000 | | 5,236.00 | 25,492.26 |
| 05/08/17 | 104 | Capital One Bank (USA), N.A. | | 7100-000 | | 1,683.98 | 23,808.28 |
| 05/08/17 | 105 | Microsoft Corporation | | 7100-000 | | 23,808.28 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 35,000.00 | 35,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 35,000.00 | 35,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $35,000.00 | $35,000.00 | |

| | |
|---|---|
| Net Receipts : | 35,000.00 |
| Net Estate : | $35,000.00 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ******7366 | 35,000.00 | 35,000.00 | 0.00 |
| | $35,000.00 | $35,000.00 | $0.00 |

{} Asset reference(s)

Printed: 07/17/2017 01:58 PM    V.13.30